# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES—GENERAL

| Case No. | 5:24-cv-02559-SSS-SHKx | Date | February 18, 2025 |
|---|---|---|---|
| Title | *John Roe DG 59 v. Doe 1, et al.* | | |

**Present: The Honorable** SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING DOE DEFENDANTS**

On December 12, 2024, Defendant the Church of Jesus Christ of Latter Day Saints removed Plaintiff John Roe DG 59's state court action to this Court. [Dkt. 1]. His complaint lists numerous Doe defendants. [*See* Dkt. 1-1 ¶¶ 5–7, 10]. As of the date of this order, there is no evidence in the record to show Plaintiff has timely served some of these defendants under Federal Rule of Civil Procedure 4(m).

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** why the case should not be dismissed as to the Doe defendants for failure to serve a copy of the summons and Complaint on these defendants. Plaintiff must respond in writing by **March 21, 2025**. Failure to respond will result in a dismissal of the Doe Defendants under Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to obey court orders.

**IT IS SO ORDERED.**