Lauren A. Welling (SBN 291813)
lwelling@sssfirm.com
Sarah Kissel Meier (SBN 305315)
skmeier@sssfirm.com
**SLATER SLATER SCHULMAN LLP**
*8383 Wilshire Blvd. Suite 255*
*Beverly Hills, CA 90211*
Telephone: (310) 341-2086
Fax: (310) 773-5573

*Attorneys for Plaintiff John Roe DG 59*

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| JOHN ROE DG 59<br><br>Plaintiff,<br><br>vs.<br><br>DOE 1, A CORPORATION; DOE 2, A CORPORATION; DOE 3, AN ENTITY OF UNKNOWN FORM and DOES 4 to 100,<br><br>Defendants. | Case No. 5:24-cv-02559-SSS-SHKx<br><br>**ORDER OF DISMISSAL**<br><br>Hon. Sunshine Suzanne Sykes |

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rules of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and all parties, with each party bearing its own attorney's fees and costs. The Clerk is directed to close the file.

Dated: August 21, 2025

_____
HON. SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT COURT JUDGE